UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                               :

UNITED STATES OF AMERICA,          :

                    Plaintiff,   :

                                   :

        -against-            :

                                   :

DUJOHN WILLETTE,                  :

                   Defendant,  :
-------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:__12/26/2019__ |

16 Cr. 790 (LGS)

19 Cr. 196 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Dujohn Willette's sentencing hearing shall be held on **March 31, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.   Defendant's pre-sentencing submission, if any, shall be filed on or before **March 9, 2020**.  The Government's pre-sentencing submission, if any, shall be filed by **March 12, 2020.**

Dated:  December 26, 2019
       New York, New York

                                            **LORNA G. SCHOFIELD**
                               **UNITED STATES DISTRICT JUDGE**