**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 10, 2020

*VIA ECF*
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020

    Re:   *United States v. Dujohn Willette,* 19 CR 196 (LGS)
**16 Cr 790 (LGS)**

Dear Judge Schofield:

With the consent of the government, I write to adjourn Mr. Willette's sentencing, currently scheduled for March 31, 2020, to a date convenient to the Court during the week of April 20, 2020. I require the additional time to review the PSR with Mr. Willette and to effectively prepare a sentencing submission on his behalf.

 Thank you for your consideration of this application.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

   cc:   AUSAs Danielle Sassoon and Benjamin Schrier (via ECF)

Application Granted. Defendant's sentencing hearing is adjourned to **April 23, 2020 at 11:15 a.m**. Defendant's pre-sentencing submission shall be filed by **March 30, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **April 2, 2020.** The Clerk of the Court is directed to terminate the letter motion at docket number 40.

Dated: March 13, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE