```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :    16 Cr. 790 (LGS)
                                                            :
                -against-                                   :    19 Cr. 196 (LGS)
                                                            :
DUJOHN WILLETTE,                                            :    ORDER
                              Defendant,                    :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Dujohn Willette's sentencing hearing currently scheduled for April 23, 2020 is adjourned to **June 18, 2020** at **2:00 p.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **May 26, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **May 29, 2020.**

Dated: April 6, 2020
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**