# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 26, 2020

VIA ECF
The Honorable Lorna Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application Granted. Defendant's sentencing hearings in 19 Cr. 196 and 16 Cr. 790 are hereby adjourned to September 15, 2020 at 11:00 a.m. Defendant's pre-sentencing submission shall be filed on or before August 24, 2020. The Government's pre-sentencing submission, if any, shall be filed by August 27, 2020. The Clerk of the Court is directed to terminate the letter motion in 19 Cr. 196 at docket number 45.
>
> Dated: May 26, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   United States v. Dujohn Willette, 19 CR 196 and 16 CR 790.

Dear Judge Schofield:

With the consent of the government, I write to seek an adjournment of Mr. Willette's sentencing which is currently scheduled for June 18, 2020. In consultation with the government, I ask for a date in September when hopefully the parties all can appear in person for the proceeding.

Thank you and I hope you and your chambers are remaining safe and well.

Respectfully submitted,

    /s/
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750


cc:   AUSAs Danielle Sassoon/Benjamin Schrier (via ECF)