**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 18, 2020

VIA ECF
The Honorable Lorna Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Dujohn Willette, 19 CR 196

Dear Judge Schofield:

With the consent of the government, I write to seek an adjournment of Mr. Willette's sentencing, which currently is scheduled for September 15, 2020. Under the current schedule, Mr. Willette's sentencing submission is due this upcoming Monday. However, due to the press of other work and personal issues, I am unable to effectively prepare the submission by then. As such, the parties request a new sentencing date in October and an adjourned submission schedule.

Thank you and I hope you and your chambers are remaining safe and well.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc:   AUSAs Danielle Sassoon/Benjamin Schrier (via ECF)

---

Application Granted. Defendant Willette's sentencing hearings in 19 Cr. 196 (LGS) and 16 Cr. 790 (LGS) are adjourned to **October 20, 2020 at 11:00 a.m.** Defendant's pre-sentencing submission shall be filed on or before **September 28, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **October 1, 2020**. No further extensions will be granted absent extraordinary circumstances. The Clerk of the Court is directed to terminate the letter motion in 19 Cr. 196 at docket number 50 and to docket this order in both of the above referenced cases.

Dated: August 21, 2020
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**