UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,                                :
                              Plaintiff,                 :         16 Cr. 790 (LGS)
                                                         :
            -against-                                    :         19 Cr. 196 (LGS)
                                                         :
DUJOHN WILLETTE,                                         :         ORDER
                              Defendant,                 :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Dujohn Willette's sentencing hearing currently scheduled for October 20, 2020 is adjourned to **November 18, 2020** at **11:00 a.m.** due to a conflict in the Court's schedule.

Dated: October 16, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**