UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Government,<br><br>    -against-<br><br>DUJOHN WILLETTE,<br><br>        Defendant. | 23-CR-37 (RMB)<br><br>19-CR-196 (RMB)<br><br>16-CR-790 (RMB)<br><br>ORDER |

    The Court is inclined <u>not</u> to dismiss Specifications 1 and 2 principally for the reasons set forth in the Government's submission dated September 5, 2023.  "At every step of the process, the defendant either joined in, consented to, or affirmatively requested the adjournments that have been granted. . . . Moreover, the adjournments were of a reasonable length, constituted entirely appropriate exercises of the Court's discretion, and have caused the defendant no articulable prejudice."  (Gov't Br., dated Sept. 5, 2023, at 6.)

    The parties should be prepared to address this issue as well as sentencing at the sentencing hearing scheduled for September 19, 2023 at 2:30 P.M.

Dated: September 6, 2023
    New York, New York

                     _*Richard M. Berman*_
                     **RICHARD M. BERMAN, U.S.D.J.**