UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

DUJOHN WILLETTE,

                Defendant.
-----------------------------------------------------------X

**ORDER**

23 Cr. 37 (RMB)
19 Cr. 196 (RMB)
16 Cr. 790 (RMB)

After (further) consideration of the parties' requests and submissions: the Court will hold the hearing on the violation specifications on October 24, 2023 at 10:00 am;

Sentencing is adjourned to November 28, 2023 at 12:00 noon;

Defense (supplemental) sentencing submission, if any, is due October 31, 2023; and

Government sentencing submission is due November 7, 2023.

Dated: New York, New York
         September 12, 2023

                                                /s/ RMB
                                      RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/23