Case 1:16-cr-00790-RMB   Document 90   Filed 10/25/23   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

October 23, 2023

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. DuJohn Willette*, 23 Cr. 37, 19 Cr. 196, 16 Cr. 790 (RMB)

Dear Judge Berman:

    A hearing (the "Hearing") with respect to certain violation of supervised release specifications in the above-referenced case is set for November 1, 2023. The Government writes to inform the Court that it no longer intends to proceed with Specifications One, Two, Six, and Seven of the Amended Violation Report dated October 16, 2023, which were the violation specifications in dispute between the parties. As a result, there is no longer a need for the Hearing. The Government understands from its discussions with defense counsel that the defendant intends to plead guilty to Specification Three, which relates to the felon-in-possession of ammunition charges underlying the Indictment. The Government, with the consent of defense counsel, respectfully proposes that the Court instead proceed to sentencing on November 1, 2023, with respect to both the charges in the underlying Indictment and Specification Three. The defendant has already filed his sentencing submission with respect to the charges in the underlying Indictment. The Government is prepared to file its sentencing submission—currently due on November 7, 2023—on October 25, 2023, in accordance with the Court's individual practices.

                            Respectfully submitted,

                            Adam Sowlati
                            United States Attorney

                by: _____
                            Adam Sowlati
                            Assistant United States Attorneys
                            Southern District of New York
                            (212) 637-2438

---

Application granted.

SO ORDERED:
Date: 10/25/23
Richard M. Berman, U.S.D.J.