**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
               Government,   :   23 CR. 37 (RMB)
                                   :   16 CR 790 (RMB)
  - against -                     :   19 CR 196 (RMB)
                                   :
                                   :   **ORDER**
DUJOHN WILLETTE,                   :
                                   :
               Defendant.    :
------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, September 3, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: August 27, 2025
       New York, NY

                                                    _____
                                                        RICHARD M. BERMAN
                                                             U.S.D.J.