**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,        :

                :      23 CR. 37 (RMB)

          Government,    :      19 CR. 196 (RMB)

                :      16 CR 790 (RMB)

     - against -        :

                :      **ORDER**

DUJOHN WILLETTE,         :

                :

         Defendant.     :
----------------------------------------------------------------x

      The supervised release hearing is scheduled for Wednesday, July 1, 2026 at

11:00 A.M.

      The court will send the link via email.


Dated: June 24, 2026
      New York, NY

_RMB_

_____

     **RICHARD M. BERMAN**
          **U.S.D.J.**