**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 23 CR. 37 (RMB)

: 16 CR. 790 (RMB)

- against - : 19 CR. 196 (RMB)

: **ORDER**

DUJOHN WILLETTE, :

Defendant. :

---------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, August 4, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: July 29, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.